DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATHERINE CORMIER-HITZGES** a/k/a **KATHERINE HITZGES** a/k/a
**CATHERINE HITZGES** a/k/a **CATHERINE MARY HITZGES,**
Appellant,

v.

**BANK OF AMERICA, N.A.,** as Successor by July 1, 2011 de jure merger
with **BAC HOME LOANS SERVICING, L.P.** f/k/a **COUNTRYWIDE
HOME LOANS SERVICING, L.P., CITIBANK (SOUTH DAKOTA), N.A.,**
and
**KEVIN HITZGES** a/k/a **KEVIN J. HITZGES** a/k/a
**KEVIN JAMES HITZGES**
Appellees.

No. 4D19-2749

[August 13, 2020]

Appeal of a non-final order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case
No. CACE10-018551.

Catherine Cormier-Hitzges, Cooper City, pro se.

Alan M. Pierce of Liebler Gonzalez & Portuondo, Miami, for appellee
Bank of America, N.A.

PER CURIAM.

*Affirmed.*[1]

LEVINE, C.J., KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

---

[1] We are mindful of the issuance of Executive Order 20-180 (extending, until
12:01 a.m. on September 1, 2020, Executive Order 20-94, which suspends and
tolls any statute providing for a mortgage foreclosure cause of action under
Florida law). We trust any motions directed to this order shall be filed in the
lower tribunal upon issuance of our mandate.

*Not final until disposition of timely filed motion for rehearing.*